UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
RUSSEL AZUETA,

                                Plaintiff,

            - against -

THE CITY OF NEW YORK,
POLICE OFFICER ROBERT JACKSON
(6TH PRECINCT) & JOHN DOE
POLICE OFFICERS 1-2,

                              Defendants.
------------------------------X

AFFIDAVIT OF SERVICE

Civ. No.   08 cv 01883

STATE OF NEW YORK:

COUNTY OF NEW YORK   ss:

<u>Carmen Giordano</u>  being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on February 28, 2008 at approximately  2:10 pm  at

**LOCATION OF SERVICE**

New York City Law Departmen
100 Church Street, 4th Floor
New York, NY 10007

Deponent served the within Complaint on defendant **City of New York** by personally delivering and handing to the receptionist thereat a true copy of each to **Ricardo Spence**, a person of suitable age and discretion. Description: Age 35: , Sex: M , Race:B , Hgt 5'6: , Wgt: 150 , Hair: B, Glasses: N.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on _2/28/08_, City and State of New York.

_____
Carmen S. Giordano

                                 Sworn to me on  2/28/2008

                                 Notary Public

                                     Michael J. Cazel
                            Notary Public - State of New York
                                No. 01CA6052175
                           Commission Expires Dec. 11, 20 10