UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
RUSSEL AZUETA,

                              Plaintiff,

-- against --

THE CITY OF NEW YORK,
POLICE OFFICER ROBERT JACKSON
(6TH PRECINCT) & JOHN DOE
POLICE OFFICERS 1-2,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT OF SERVICE

Civ. No.  08 cv 01883

STATE OF NEW YORK:

COUNTY OF NEW YORK  ss:

<u>Katie Leota</u>  being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on February 29, 2008 at approximately  12:30 pm  at

**LOCATION OF SERVICE**

6th Precint
233 West 10th Street
New York, NY 10014

Deponent served the within Complaint on defendant **Police Officer Robert Jackson** by personally delivering and handing to the receptionist thereat a true copy of each to <u>**Desk Officer Kelly**</u>, a person of suitable age and discretion. Description: Age 35: , Sex: M , Race:W , Hgt: 5'10, Wgt: 190 , Hair: B, Glasses: N.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on _2/29/08_ , City and State of New York.

_Katie Leota_
Katie Leota

                          Sworn to me on _2/29/2008_

                          Notary Public _[signature]_

                         CARMEN S. GIORDANO
              NOTARY PUBLIC, STATE OF NEW YORK
                    NO. 02GI6071065
               QUALIFIED IN NEW YORK COUNTY
               COMMISSION EXPIRES _3/11/10_