

LAW OFFICES
# CARMEN S. GIORDANO
225 BROADWAY, 40TH FLOOR
**NEW YORK, NY 10007**

(212) 406-9466
TELECOPIER (212) 406-9410
carmen@csgiordano.com

JUL 1* 2008

July 17, 2008

**VIA FACSIMILE**
Honorable U.S. District Judge John G. Koeltl
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

          Re:    **Russel Azueta v. The City of New York,**
                **Index No. 08 cv 01883**

Your Honor:

    My office represents the Plaintiff in the above referenced case filed pursuant to 42 USC 1983. Recently, Defense Counsel provided me with the identities of the two "John Doe" defendants named in the complaint. Therefore, Plaintiff requests permission from the Court to file and serve and amended complaint, which substitutes these two individuals, Sgt. Michael Broderick and Officer Arthur Truscelli, as defendants in the action for the previously named "John Doe" Defendants. A copy of the proposed amended complaint was transmitted to Defense Counsel, who indicated his assent to the filing of such amended complaint.

    Therefore, Plaintiff respectfully requests that the Court issue an order or an endorsement of this letter, permitting Plaintiff's counsel to file and serve the amended complaint.

                             Respectfully submitted,

                             Carmen S. Giordano

CSG/tg
cc: Karl Ashanti, Esq. (simultaneous fax)

*U.S. DISTRICT COURT FILED JUL 30 2008 S.D. OF N.Y.*

APPLICATION GRANTED
SO ORDERED
7/18/08
John G. Koeltl, U.S.D.J.

MICROFILMED JUL 3 0 2008 ~3:00 PM